David J. Weinsoff, Esq. SB #141372
david@weinsofflaw.com
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

Alan R. Burns, Esq.  SB #70328
arburns@harperburns.com
HARPER & BURNS LLP
453 South Glassell Street
Orange, CA 92866
Tel. (714) 771-7728

Attorneys for Defendant
COSTA MESA SANITARY DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>Plaintiff,<br>v.<br><br>COSTA MESA SANITARY DISTRICT,<br><br>Defendant. | Case No. 8:20-cv-01702-MCS-ADS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Mark C. Scarsi<br><br>Pre-Trial Conference: Nov. 22, 2021 |


IT IS HEREBY STIPULATED by and between Plaintiff, California River Watch, an IRC Section 501(c)(3) non-profit, public benefit Corporation, and Defendant, Costa Mesa Sanitary District, by and through their respective counsel of record, that this matter be and hereby is dismissed in its entirety, with prejudice, each party hereto to bear its own costs and attorneys' fees.

DATED: February 16, 2021

LAW OFFICE OF DAVID J. WEINSOFF

By: *[signature]*
David J. Weinsoff
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

DATED: February 16, 2021

HARPER & BURNS LLP

By: *[signature]*
Alan R. Burns
Attorney for Defendant
COSTA MESA SANITARY DISTRICT